**From:** Kent D. Fisher
**Sent:** Wednesday, July 23, 2014 11:14 AM
**To:** Michael Hailu
**Subject:** RE: Engineering Tenure Track open position

Will do.

**From:** Michael Hailu
**Sent:** Wednesday, July 23, 2014 10:59 AM
**To:** Kent D. Fisher
**Subject:** RE: Engineering Tenure Track open position

Okay Kent. Just review the resumes and email me your top choices.

Thanks Kent,
Michael

**From:** Kent D. Fisher
**Sent:** Wednesday, July 23, 2014 10:38 AM
**To:** Michael Hailu
**Subject:** RE: Engineering Tenure Track open position

Hi, Michael -

I'm going to be at the Apple training all day on Friday. Can we meet this Monday, instead? Or can I review the resumes and email you my top choices?

Kent

**From:** Michael Hailu
**Sent:** Wednesday, July 23, 2014 10:37 AM
**To:** Kent D. Fisher; Francis Cobbina; Jean-claude M. Ba; David A. Grant
**Cc:** Joanna V. Villanueva
**Subject:** Engineering Tenure Track open position

Good morning everybody:

I would like to have a meeting with you on Friday 7/25 from 10 AM to 11 AM to select the best candidates for the tenure track engineering position. Joanna has copies of the applicants' resumes for each of you. Please, identify 8 to 10 best candidates before Friday and we will discuss them on Friday 10 AM.

Thank you for your cooperation,
Sincerely,
Michael

**PLAINTIFF'S EXHIBIT**

**38**

1

DEFENDANT 000619

**From:** Kent D. Fisher
**Sent:** Thursday, July 24, 2014 9:37 AM
**To:** Michael Hailu
**Subject:** RE: ENGR posting

Right, thanks. The vast majority of the applicants only have degrees in physics, which greatly simplifies things.

**From:** Michael Hailu
**Sent:** Thursday, July 24, 2014 9:32 AM
**To:** Kent D. Fisher
**Subject:** RE: ENGR posting

Just it is general ! But it has to satisfy our ENGR program need.

Thanks Kent,
Michael

**From:** Kent D. Fisher
**Sent:** Thursday, July 24, 2014 9:03 AM
**To:** Michael Hailu
**Subject:** RE: ENGR posting

Thanks - is any particular branch of ENGR encouraged/preferred, such as MECH?

**From:** Michael Hailu
**Sent:** Thursday, July 24, 2014 9:01 AM
**To:** Kent D. Fisher
**Subject:** RE: ENGR posting

Master in ENGR but PhD is more preferred.

Thanks Kent,
Michael

**From:** Kent D. Fisher
**Sent:** Thursday, July 24, 2014 8:52 AM
**To:** Michael Hailu
**Subject:** ENGR posting

Hi, Michael -

I went to look up the ENGR posting before reviewing the resumes, but I can't find it, now. Can you tell me what the required qualifications are?

Kent

1

DEFENDANT 000621

**From:** Kent D. Fisher
**Sent:** Friday, July 25, 2014 1:04 AM
**To:** Michael Hailu
**Cc:** Kent D. Fisher
**Subject:** ENGR candidates
**Attachments:** ENGR Candidates.pdf

Hello, Michael -

I've reviewed the resumes, and after weeding out all those who clearly don't have an MS or PhD in engineering, I've rated and ranked all the remaining candidates. Please see the attached document for my ranking rationale and informal scoring. I hope this will be useful in my absence from tomorrow's meeting. Although I will be in the Apple training, I will have email access and can respond to questions if clarifications are needed.

Regards,

Kent

1

DEFENDANT 000622

# ENGR FACULTY CANDIDATES

Kent Fisher

## Ranking rationale

**Education**: looking for MS or PhD in engineering. Given our curriculum, I have a preference for mechanical engineering over other branches, and least preference for computer or more mathematically-oriented branches. Weight given to postdoc positions, and slight preference given to PhDs over MS.

**Teaching**: more experience is better, teaching engineering preferable to physics, math, or computers; university teaching slightly preferred to industrial training.

**Industry**: candidates with industrial experience strongly preferred to candidates with little or no teaching experience.

**Software**: our curriculum uses MATLAB and Solidworks, so candidates mentioning skills with these packages are preferred, then those with skill in similar software.

After the candiate ranking, I've pasted in the spreadsheet I used to informally score the resumes based on the above criteria.

## Candidates in rank order (most preferred to least)

In front of each category, I've put a + where I consider the credentials above average, a − where I consider the qualifications below average and neither where the credentials seem average.

1. FARAJ ZAID
   - +PhD in mechanical engineering, postdoctoral research
   - +University teaching in engineering
   - +Strong industrial background
   - +MATLAB and Solidworks

2. THOMAS CRAWFORD
   - +PhD in mechanical engineering, MS nuclear engineering
   - +University teaching in engineering at CSCC and OSU
   - +Strong industrial background (AEP)
   - MATLAB

3. TOM BECHTEL
   - + MS in mechanical engineering, PhD in chemical engineering
   - two semesters of university teaching, engineering (not recent); limited industrial teaching
   - + strong industrial background
   - has done modeling software training, but doesn't mention MATLAB or CAD

DEFENDANT 000623

**4. AHMAD SAATCHI**
- PhD in metallurgical engineering (not strongly related to mechanical)
- + extensive university teaching in engineering
- + good industrial experience, though not recent
- - no software skills mentioned

**5. ZAFAR ZAKI**
- MS aeorspace (engineering?)
- + training for Ministry of Defence
- + strong industrial background with MoD
- - MATLAB familiarity only; apparently no CAD

**6. CHRISTIAN FELDT**
- +PhD in mechanical engineering
- +Lots of unversity teaching experience in engineering; curriculum and project development
- -Summer internship with industry only
- -no engineering software mentioned

**7. MEGHAN VELLOTTI**
- + MS in mechanical engineering
- some university teaching in math
- - limited industrial experience (summer internship)
- + MATLAB and autocad

**8. THAMIRA HINDO**
- PhD in electrical & computer engineering
- + lots of engineering teaching experience at university
- - no industrial experience
- MATLAB

**9. JEEVAN BARETTO**
- + PhD in chemical engineering
- - no teaching experience
- + good amount of industrial experience
- MATLAB

*This is where I'd cut off my own personal list of top candidates, but I've included the other candidates who seemed to meet the education credentials (though there are questions about one or two). All candidates not listed here did not seem to me to meet the minimum credential requirement for the position. Most had degrees in physics, rather than engineering.*

DEFENDANT 000624

### 10. HASSAN BORTEH
- - PhD in biophysics with emphasis in biomedical engineering – does this count as an engineering PhD?
- + plenty of teaching experience
- - no industrial experience
- + lists MATLAB and Solidworks

### 11. ADIL MUTLAK
- MS in nuclear engineering
- + good teaching experience, though in physics
- - no industry background
- MATLAB

### 12. MICHAEL FINDLER
- - MS in computer engineering, PhD in human computer interface (is this even engineering?); training seems mostly in programming
- fair amount of university teaching experience, mostly in computers
- Autocad, but not Solidworks

### 13. SHIHAO HU
- + PhD mechanical engineering
- - no teaching experience
- - no industry background
- - Autocad only

### 15. AHMED SOLIMAN
- - PhD in environmental engineering (not strongly related to curriculum)
- 2-3 years teaching experience in environmental engineering at university
- - no industrial experience
- - no software mentioned

### 14. DAVID WELLS
- MS in electrical engineering
- - perhaps some training while in military?
- - hard to evaluate industraial experience – seems to be mostly in planning, admin
- - no software mentioned

### 15. JAYESH GOVANI
- - PhD in materials science & engineering
- some university teaching (physics, astronomy)
- - no industry background
- - no software mentioned

DEFENDANT 000625

**16. PARVEEN KUMAR**
- MT (?) in materials engineering, PhD in physics
- - lab assistant experience only
- - no industry background
- - neither MATLAB nor CAD

**17. ISAAC STEELE**
- MS in materialsc science & engineering
- - very limited university teaching
- - no industry background
- - no software mentioned

## Informal candidate scores

| NAME | TOTAL (17) | EDUC (5) | TEACH (5) | INDUST (5) | SOFTWARE (2) |
|------|-----------|----------|-----------|------------|--------------|
| ZAID | 17 | 5 | 5 | 5 | 2 |
| CRAWFORD | 16 | 5 | 5 | 5 | 1 |
| BECHTEL | 14 | 5 | 3 | 5 | 1 |
| SAATCHI | 13 | 4 | 5 | 4 | 0 |
| ZAKI | 12 | 3 | 4 | 5 | 0 |
| VELLOTTI | 11 | 4 | 3 | 2 | 2 |
| FELDT | 11 | 5 | 5 | 1 | 0 |
| BARETTO | 9 | 4 | 0 | 4 | 1 |
| HINDO | 9 | 3 | 5 | 0 | 1 |
| BORTEH | 8 | 2 | 4 | 0 | 2 |
| MUTLAK | 8 | 3 | 4 | 0 | 1 |
| FINDLER | 7 | 2 | 3 | 1 | 1 |
| HU | 6 | 5 | 0 | 0 | 1 |
| WELLS | 5 | 3 | 0 | 2 | 0 |
| SOLIMAN | 5 | 2 | 3 | 0 | 0 |
| GOVANI | 5 | 2 | 3 | 0 | 0 |
| KUMAR | 4 | 3 | 1 | 0 | 0 |
| STEELE | 4 | 3 | 1 | 0 | 0 |

DEFENDANT 000626

**From:** Kent D. Fisher
**Sent:** Friday, July 25, 2014 1:10 AM
**To:** Michael Hailu
**Cc:** Kent D. Fisher
**Subject:** RE: ENGR candidates
**Attachments:** ENGR Candidates.pdf

Sorry, it's late - just discovered I messed up the numbering. Here's the corrected document; please discard the previous one.

---

**From:** Kent D. Fisher
**Sent:** Friday, July 25, 2014 1:03 AM
**To:** Michael Hailu
**Cc:** Kent D. Fisher
**Subject:** ENGR candidates

Hello, Michael -

I've reviewed the resumes, and after weeding out all those who clearly don't have an MS or PhD in engineering, I've rated and ranked all the remaining candidates. Please see the attached document for my ranking rationale and informal scoring. I hope this will be useful in my absence from tomorrow's meeting. Although I will be in the Apple training, I will have email access and can respond to questions if clarifications are needed.

Regards,

Kent

DEFENDANT 000627

## ENGR FACULTY CANDIDATES

Kent Fisher

### Ranking rationale

**Education**: looking for MS or PhD in engineering. Given our curriculum, I have a preference for mechanical engineering over other branches, and least preference for computer or more mathematically-oriented branches. Weight given to postdoc positions, and slight preference given to PhDs over MS.

**Teaching**: more experience is better, teaching engineering preferable to physics, math, or computers; university teaching slightly preferred to industrial training.

**Industry**: candidates with industrial experience strongly preferred to candidates with little or no teaching experience.

**Software**: our curriculum uses MATLAB and Solidworks, so candidates mentioning skills with these packages are preferred, then those with skill in similar software.

After the candiate ranking, I've pasted in the spreadsheet I used to informally score the resumes based on the above criteria.

### Candidates in rank order (most preferred to least)

In front of each category, I've put a + where I consider the credentials above average, a – where I consider the qualifications below average and neither where the credentials seem average.

1. FARAJ ZAID
   - +PhD in mechanical engineering, postdoctoral research
   - +University teaching in engineering
   - +Strong industrial background
   - +MATLAB and Solidworks

2. THOMAS CRAWFORD
   - +PhD in mechanical engineering, MS nuclear engineering
   - +University teaching in engineering at CSCC and OSU
   - +Strong industrial background (AEP)
   - MATLAB

3. TOM BECHTEL
   - + MS in mechanical engineering, PhD in chemical engineering
   - two semesters of university teaching, engineering (not recent); limited industrial teaching
   - + strong industrial background
   - has done modeling software training, but doesn't mention MATLAB or CAD

DEFENDANT 000628

4. AHMAD SAATCHI
- PhD in metallurgical engineering (not strongly related to mechanical)
- + extensive university teaching in engineering
- + good industrial experience, though not recent
- - no software skills mentioned

5. ZAFAR ZAKI
- MS aeorspace (engineering?)
- + training for Ministry of Defence
- + strong industrial background with MoD
- - MATLAB familiarity only; apparently no CAD

6. CHRISTIAN FELDT
- +PhD in mechanical engineering
- +Lots of unversity teaching experience in engineering; curriculum and project development
- -Summer internship with industry only
- -no engineering software mentioned

7. MEGHAN VELLOTTI
- + MS in mechanical engineering
- some university teaching in math
- - limited industrial experience (summer internship)
- + MATLAB and autocad

8. THAMIRA HINDO
- PhD in electrical & computer engineering
- + lots of engineering teaching experience at university
- - no industrial experience
- MATLAB

9. JEEVAN BARETTO
- + PhD in chemical engineering
- - no teaching experience
- + good amount of industrial experience
- MATLAB

*This is where I'd cut off my own personal list of top candidates, but I've included the other candidates who seemed to meet the education credentials (though there are questions about one or two). All candidates not listed here did not seem to me to meet the minimum credential requirement for the position. Most had degrees in physics, rather than engineering.*

DEFENDANT 000629

10. HASSAN BORTEH
- - PhD in biophysics with emphasis in biomedical engineering – does this count as an engineering PhD?
- + plenty of teaching experience
- - no industrial experience
- + lists MATLAB and Solidworks

11. ADIL MUTLAK
- MS in nuclear engineering
- + good teaching experience, though in physics
- - no industry background
- MATLAB

12. MICHAEL FINDLER
- - MS in computer engineering, PhD in human computer interface (is this even engineering?); training seems mostly in programming
- fair amount of university teaching experience, mostly in computers
- Autocad, but not Solidworks

13. SHIHAO HU
- + PhD mechanical engineering
- - no teaching experience
- - no industry background
- - Autocad only

14. AHMED SOLIMAN
- - PhD in environmental engineering (not strongly related to curriculum)
- 2-3 years teaching experience in environmental engineering at university
- - no industrial experience
- - no software mentioned

15. DAVID WELLS
- MS in electrical engineering
- - perhaps some training while in military?
- - hard to evaluate industraial experience – seems to be mostly in planning, admin
- - no software mentioned

16. JAYESH GOVANI
- - PhD in materials science & engineering
- some university teaching (physics, astronomy)
- - no industry background
- - no software mentioned

DEFENDANT 000630

17. PARVEEN KUMAR
- • MT (?) in materials engineering, PhD in physics
- • - lab assistant experience only
- • - no industry background
- • - neither MATLAB nor CAD

18. ISAAC STEELE
- • MS in materialsc science & engineering
- • - very limited university teaching
- • - no industry background
- • - no software mentioned

## Informal candidate scores

| NAME | TOTAL (17) | EDUC (5) | TEACH (5) | INDUST (5) | SOFTWARE (2) |
|------|-----------|----------|-----------|------------|--------------|
| ZAID | 17 | 5 | 5 | 5 | 2 |
| CRAWFORD | 16 | 5 | 5 | 5 | 1 |
| BECHTEL | 14 | 5 | 3 | 5 | 1 |
| SAATCHI | 13 | 4 | 5 | 4 | 0 |
| ZAKI | 12 | 3 | 4 | 5 | 0 |
| VELLOTTI | 11 | 4 | 3 | 2 | 2 |
| FELDT | 11 | 5 | 5 | 1 | 0 |
| BARETTO | 9 | 4 | 0 | 4 | 1 |
| HINDO | 9 | 3 | 5 | 0 | 1 |
| BORTEH | 8 | 2 | 4 | 0 | 2 |
| MUTLAK | 8 | 3 | 4 | 0 | 1 |
| FINDLER | 7 | 2 | 3 | 1 | 1 |
| HU | 6 | 5 | 0 | 0 | 1 |
| WELLS | 5 | 3 | 0 | 2 | 0 |
| SOLIMAN | 5 | 2 | 3 | 0 | 0 |
| GOVANI | 5 | 2 | 3 | 0 | 0 |
| KUMAR | 4 | 3 | 1 | 0 | 0 |
| STEELE | 4 | 3 | 1 | 0 | 0 |

DEFENDANT 000631

**From:** Michael Hailu
**Sent:** Friday, July 25, 2014 11:23 AM
**To:** Julie A. Vanwynsberghe; Roger K. Kipp
**Cc:** Francis Cobbina; Jean-claude M. Ba; Kent D. Fisher; Michael Hailu; David A. Grant
**Subject:** RE: Engineering open position

Hi Julie and Kipp:

The following Tenure Track Engineering applicants are selected for interviews by the Engineering Search Committee:

1.      Ahmad Saatchi
2.      Jeevan Baretto
3.      Hassan Bortech
4.      Christian Eric Feldt
5.      James E. Toney

Date of interview if possible: <u>July 30 and 31 from 1:30 PM to 4:30 PM</u> and <u>Friday August 1st from 9 AM to 4:00 PM</u>
Place : NH – 432D

Thank you Julie and Kipp for your help,

Sincerely,
Michael


**From:** Michael Hailu
**Sent:** Monday, July 21, 2014 9:48 PM
**To:** Julie A. Vanwynsberghe
**Subject:** RE: Engineering open position

Thanks Julie,
Michael

**From:** Julie A. Vanwynsberghe
**Sent:** Monday, July 21, 2014 3:14 PM
**To:** Michael Hailu
**Subject:** RE: Engineering open position

Done

**From:** Michael Hailu
**Sent:** Monday, July 21, 2014 3:04 PM
**To:** Julie A. Vanwynsberghe
**Cc:** Joanna V. Villanueva
**Subject:** Engineering open position

Good After noon Julie:

1

DEFENDANT 000632

Would you please Julie take it down the posting regarding the tenure track Engineering open position - now there are plenty of potential applicants.

Thank you so much for your help Julie,
Sincerely,
Michael

2

DEFENDANT 000633

**From:** Kent D. Fisher
**Sent:** Monday, July 28, 2014 9:07 AM
**To:** Michael Hailu
**Subject:** FW: ENGR candidates
**Attachments:** ENGR Candidates.pdf

I don't think rapidly – what I realized after you left that I should say is that if Borteh and Toney don't have ENGR degrees, then we can't hire them for the position and should not offer them interviews.

**From:** Kent D. Fisher
**Sent:** Friday, July 25, 2014 1:10 AM
**To:** Michael Hailu
**Cc:** Kent D. Fisher
**Subject:** RE: ENGR candidates

Sorry, it's late - just discovered I messed up the numbering. Here's the corrected document; please discard the previous one.

**From:** Kent D. Fisher
**Sent:** Friday, July 25, 2014 1:03 AM
**To:** Michael Hailu
**Cc:** Kent D. Fisher
**Subject:** ENGR candidates

Hello, Michael -

I've reviewed the resumes, and after weeding out all those who clearly don't have an MS or PhD in engineering, I've rated and ranked all the remaining candidates. Please see the attached document for my ranking rationale and informal scoring. I hope this will be useful in my absence from tomorrow's meeting. Although I will be in the Apple training, I will have email access and can respond to questions if clarifications are needed.

Regards,

Kent

1

DEFENDANT 000634

| | |
|---|---|
| **From:** | Kent D. Fisher |
| **Sent:** | Wednesday, July 30, 2014 3:08 PM |
| **To:** | Michael Hailu; David A. Grant; Francis Cobbina; Jean-claude M. Ba |
| **Cc:** | Kent D. Fisher |
| **Subject:** | Dr. Tomasko |

... is unfortunately out of the office until Monday. I sent him a query via email on the off-chance he's willing to reply while out. I've called to try to contact Dr. Rathman, also listed as a reference on Dr. Baretto's application, but have yet to reach him.

Kent

1

DEFENDANT 000635

| | |
|---|---|
| **From:** | Kent D. Fisher |
| **Sent:** | Thursday, July 31, 2014 1:31 PM |
| **To:** | rathman.1@osu.edu |
| **Cc:** | Kent D. Fisher |
| **Subject:** | J. Baretto reference |

Hello, Professor Rathman -

We're interviewing candidates for a full-time tenure-track position in engineering, and have just met with Dr. Jeevan Baretto, who has listed you as one of his references. My chair raised the question of how well a background in chemical engineering would align with the first-year engineering curriculum we've developed.

My own sense is that there is a strong overlap, particularly with someone who has industrial experience as a process engineer, and knows how to use MATLAB and AutoCAD. But we would value your opinion: would you say that Dr. Baretto would be fully qualified to teach courses such as ENGR 1181 and 1182, and eventually to take greater charge of the ENGR curriculum?

Regards,

Kent D. Fisher
Professor, Biological & Physical Sciences Department
Columbus State Community College
614-287-2515

1

DEFENDANT 000636

**From:** Kent D. Fisher
**Sent:** Thursday, July 31, 2014 1:30 PM
**To:** hall.1004@osu.edu
**Cc:** Kent D. Fisher
**Subject:** J. Baretto reference

Hello, Professor Hall -

We're interviewing candidates for a full-time tenure-track position in engineering, and have just met with Dr. Jeevan Baretto, who has listed you as one of his references. My chair raised the question of how well a background in chemical engineering would align with the first-year engineering curriculum we've developed.

My own sense is that there is a strong overlap, particularly with someone who has industrial experience as a process engineer, and knows how to use MATLAB and AutoCAD. But we would value your opinion: would you say that Dr. Baretto would be fully qualified to teach courses such as ENGR 1181 and 1182, and eventually to take greater charge of the ENGR curriculum?

Regards,

Kent D. Fisher
Professor, Biological & Physical Sciences Department
Columbus State Community College
614-287-2515

1

DEFENDANT 000637

**From:** Kent D. Fisher
**Sent:** Friday, August 01, 2014 8:19 AM
**To:** Michael Hailu; David A. Grant; Francis Cobbina
**Subject:** FW: J. Baretto reference

**From:** Hall, Lisa M. [mailto:hall.1004@osu.edu]
**Sent:** Thursday, July 31, 2014 2:34 PM
**To:** Kent D. Fisher
**Subject:** Re: J. Baretto reference

There's essentially nothing in the CBE graduate coursework involving drafting or solid modeling programs such as SolidWorks/AutoCAD. Personally, I would feel prepared to teach ENGR 1182 but I would only be able to draw on my undergrad education (then again, that's how I teach most of my courses!). I have no knowledge about Jeevan's undergrad experiences.

There is a research communication course required of our graduate students that teaches technical writing skills. There's also a data analysis course that is optional that involves MATLAB and would be relevant to much of 1181, but I am not sure if Jeevan has taken it. Otherwise, there's nothing I can think of that's specifically relevant in our graduate curriculum. Of course, the general aspects of analyzing and presenting data in Excel and MATLAB, which is much of 1181, are things any science or engineering PhD should be able to do.

Best,
Lisa

**From:** "Kent D. Fisher" <kfisher@cscc.edu>
**Date:** Thursday, July 31, 2014 at 2:14 PM
**To:** Lisa Hall <hall.1004@osu.edu>
**Subject:** RE: J. Baretto reference

Thanks for getting back to me! If I could focus on the coursework required to earn a PhD in chemical engineering; do you feel that such training (I believe this is also your background) prepares someone to teach ENGR 1181 and 1182 effectively?

Regards,

Kent

**From:** Hall, Lisa M. [mailto:hall.1004@osu.edu]
**Sent:** Thursday, July 31, 2014 1:49 PM
**To:** Kent D. Fisher
**Subject:** Re: J. Baretto reference

Hello Kent,

Sorry I missed your call earlier, I was at lunch.

Unfortunately, I don't have specific knowledge of Jeevan's industrial experience. I don't think what he did here at OSU closely relevant to such topics; his dissertation work was more on the bioengineering side.

1

DEFENDANT 000639

He served as a TA for me for Process Controls; it involves some MATLAB/Simulink and he did fine with that. The students liked him.

Cheers,
Lisa

------------

Lisa M. Hall
Assistant Professor
William G. Lowrie Department of Chemical & Biomolecular Engineering
The Ohio State University
221B Koffolt Laboratories
140 West 19th Ave.
Columbus, OH 43210
Phone: 614-688-1017
Email: hall.1004@osu.edu

**From:** "Kent D. Fisher" <kfisher@cscc.edu>
**Date:** Thursday, July 31, 2014 at 1:30 PM
**To:** Lisa Hall <hall.1004@osu.edu>
**Cc:** "Kent D. Fisher" <kfisher@cscc.edu>
**Subject:** J. Baretto reference

Hello, Professor Hall -

We're interviewing candidates for a full-time tenure-track position in engineering, and have just met with Dr. Jeevan Baretto, who has listed you as one of his references. My chair raised the question of how well a background in chemical engineering would align with the first-year engineering curriculum we've developed.

My own sense is that there is a strong overlap, particularly with someone who has industrial experience as a process engineer, and knows how to use MATLAB and AutoCAD. But we would value your opinion: would you say that Dr. Baretto would be fully qualified to teach courses such as ENGR 1181 and 1182, and eventually to take greater charge of the ENGR curriculum?

Regards,

Kent D. Fisher
Professor, Biological & Physical Sciences Department
Columbus State Community College
614-287-2515

2

DEFENDANT 000640

| | |
|---|---|
| **From:** | Kent D. Fisher |
| **Sent:** | Monday, August 04, 2014 10:45 AM |
| **To:** | Michael Hailu; David A. Grant; Francis Cobbina |
| **Cc:** | Kent D. Fisher |
| **Subject:** | Dr. Tomasko's recommendation on Dr. Baretto |

Hello, gentlemen –

I've just had a chance to speak with Dr. Tomasko about Dr. Baretto's candidacy. Dr. Tomasko acknowledged that the training of a chemical engineer is necessarily somewhat different from that of a mechanical engineer, but feels that Dr. Baretto would nevertheless be fully qualified to teach the introductory engineering courses (ENGR 1181, 1182). Though the orientation may be different among the various subdisciplines of engineering, the fundamental engineering approach remains a constant. Additionally, Dr. Tomasko indicated that his department would be willing to help Dr. Baretto get oriented to ENGR 1181 and 1182 if hired for the position here. Lastly, Dr. Tomasko remarked on Dr. Baretto's enthusiasm for helping students, and feels that he would be able to do quite well in the position.

As a side note, Dr. Tomasko's own training is in chemical & biomolecular engineering, and he is the associate dean for undergraduate engineering at OSU. From that point of view, it seems that graduate training specifically focused on mechanical engineering is not necessary for developing and guiding an introductory engineering curriculum.

Regards,

Kent

1

DEFENDANT 000641

**From:** Michael Hailu
**Sent:** Tuesday, August 05, 2014 1:22 PM
**To:** Julie A. Vanwynsberghe
**Cc:** Allysen Todd; Lisa R. Schneider; David A. Grant; Kent D. Fisher; Francis Cobbina; Michael Hailu
**Subject:** Tenure track full-time position in Engineering

Good afternoon Julie:

The engineering search committee for the tenure track full-time position in Engineering selected Dr. Jeevan Baretto. Dr. Baretto has received a unanimous votes. I am forwarding this to you to schedule further interviews according to the procedure and guidelines.

Dr. Baretto who received a Ph.D degree from the Ohio State University in Engineering has worked as a graduate teaching assistant at the Ohio State University for 5 years. Dr. Baretto has a very comprehensive engineering back ground and he has also a very rich research and teaching experience in undergraduate engineering courses.

I am very grateful for the Engineering Search Committee for their insights and dedication. Therefore, I am requesting you to continue processing this candidate to the next level according to the procedures and policies of the college.

Thank you so much.
Sincerely,
Michael

1

DEFENDANT 000643