# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

THOMAS CRAWFORD

    Plaintiff,

v.

COLUMBUS STATE COMMUNITY
COLLEGE, *et al.*

    Defendants.

CASE NO. 2:15-cv-2438

JUDGE MARBLEY

MAGISTRATE JUDGE VASCURA

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff THOMAS CRAWFORD and Defendants COLUMBUS STATE COMMUNITY COLLEGE, MICHAEL HAILU, and LISA SCHNEIDER (collectively, the "Parties") and the Parties' respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Except as may be provided in the Parties' Settlement Agreement and Release of all Claims dated May 17, 2018, each Party to bear his, her, or its own attorney's fees and costs.

    Respectfully submitted,

    MICHAEL DEWINE (0009181)
    Ohio Attorney General

*/s/ Michael Garth Moore*
*(per email authorization 6/6/18)*

MICHAEL GARTH MOORE (0025047)
*Trial Counsel*

*/s/ Rory P. Callahan*

RORY P. CALLAHAN (0072021)
*Trial Counsel*
AMY RUTH ITA (0074520)
Principal Assistant Attorneys General

341 South High Street, Suite 201
Columbus, Ohio 43215
(888) 318-0075 – Telephone
mike@mgmoorelaw.com

*/s/ Charley Hess*
*(per email authorization 6/6/18)*

CHARLEY HESS (0023350)
4230 Tuller Road, Suite 100
Dublin, Ohio 43017
(614) 442-5800 – Telephone
(614) 442-5802 – Facsimile
charley@charleyhess.com

*Counsel for Plaintiff*

Employment Law Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3167
(614) 644-7257 – Telephone
(614) 752-4677 – Facsimile
elsreview@ohioattorneygeneral.gov

*Counsel for Defendants*